**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 12, 2005

**Before**

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-1197

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     *Plaintiff-Appellee,*<br><br>     *v.*<br><br>JEREMY FISH,<br>     *Defendant-Appellant.* | Appeal from the United States<br>District Court for the<br>Eastern District of Wisconsin.<br><br>No. 03-CR-67<br><br>William C. Griesbach,<br>*Judge.* |

**O R D E R**

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* 125 S. Ct. 738 (2005), has limited the Guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the Guidelines' advisory status.  The range under the Guidelines is 37 to 46 months, and Fish's sentence of 37 months is the lowest possible sentence.  We do not see any reason why such a sentence would be deemed "unreasonable" in post-*Booker* practice.  The judgment of the district court therefore is **A**FFIRMED.